# UNITED STATES DISTRICT COURT

Western District of Texas
655 East Cesar E. Chavez Blvd., Room G-65
San Antonio, Texas 78206

Jeannette J. Clack
Clerk of Court

**FILED**
10:00 A M
NOV 0 4 2015
DEBRA CROW
Clerk, Dist. Court, Guadalupe Co. Tx.

October 28, 2015

DEBRA CROW, DISTRICT CLERK
GUADALUPE COUNTY COURTHOUSE
101 E. COURT ST.
SEGUIN, TEXAS 78155

I, JEANNETTE J. CLACK, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer the below-styled and numbered cause to the, 25th **Judicial District,** Guadalupe County, Texas under **Case No. 2015-CV-0638** pursuant to an Order entered remanding, the case by the Honorable Chief Judge Fred Biery. Enclosed is a certified copy of the transferring order and docket sheet in the cause entitled: Case Number: SA-15-CV-00354-FB**,** Spar Enterprises, LP v. The Cincinnati Insurance Company, et al. IN TESTIMONY WHEREOF, I have hereunto Subscribed my name and affixed the seal of the aforesaid Court at San Antonio, Texas, this 28TH day of October, 2015.

JEANNETTE J. CLACK, CLERK

BY: *Rosanne M Garza*

Rosanne M. Garza, Deputy Clerk